U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET




**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 24, 2010** **United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **REALTY AMERICA GROUP (LINCOLN MALL), LP** | § | **CASE NO. 09-33076-SGJ-11** |
| | § | |
| ______________________________ | § | |
| | § | |
| **CREDIT UNION LIQUIDITY SERVICES, LLC, f/k/a TEXANS COMMERCIAL CAPITAL, LLC** | § | |
| | § | |
| **Plaintiff/Counter-Defendant,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **RIVES E. CASTLEMAN, RAG-LINCOLN GENPAR, LLC, BALLARD CASTLEMAN, WEBB MCCANN SOWDEN, III, and JEFFREY CHRISTOPHER BERRY,** | § | **ADV. NO. 09-03133-SGJ** |
| | § | |
| **Defendants/Counter-Plaintiffs/Cross-Plaintiffs,** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **REALTY AMERICA GROUP (LINCOLN MALL), LP, by and through JOHN H. LITZLER, CHAPTER 11 TRUSTEE** | § | |
| | § | |
| **Intervenor and Cross-Defendant.** | § | |

# JUDGMENT

CAME ON TO BE HEARD Plaintiff's Amended Motion for Summary Judgment Against Defendants/Counter-Plaintiffs (the "Amended Motion"), and the Court having determined that the Amended Motion should be granted and judgment should be entered against Rives E. Castleman ("R. Castleman"), RAG-Lincoln GenPar, LLC ("RAG"), Ballard Castleman ("B. Castleman"), Webb McCann Sowden, III ("Sowden"), and Jeffrey Christopher Berry ("Berry") (collectively, "Defendants"),

And the Court having determined that there has been a full adjudication of the claims of Plaintiff against the Defendants and of the counterclaims of Defendants against Plaintiff as set forth in the Amended Motion, that granting of the Amended Motion is final, and that there is no just reason for delay in entering this Judgment and certifying this Judgment as final,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Credit Union Liquidity Services, LLC f/k/a Texans Commercial Capital, LLC ("CULS") shall have and recover the total aggregate amount of **$40,801,393.73** ($40,603,687.21 plus accrued prejudgment interest from December 22, 2009 through February 3, 2010 at the rate of $4,493.33 per day) of and from Defendants as follows:

- Against **Rives E. Castleman**, jointly and severally liable, in the amount of **$40,801,393.73** plus post judgment interest at the current federal judgment rate of .36% per annum on that amount from the date of this Judgment until paid;
- Against **RAG-Lincoln GenPar, LLC**, jointly and severally liable, in the amount of **$40,801,393.73** plus post judgment interest at the current federal judgment rate of .36% per annum on that amount from the date of this Judgment until paid;

- Against **Ballard Castleman,** individually and severally liable, in the amount of **$12,400,000.00** plus post judgment interest at the current federal judgment rate of .36% per annum on that amount from the date of this Judgment until paid;

- Against **Jeffrey Christopher Berry**, individually and severally liable, in the amount of **$12,400,000.00** plus post judgment interest at the current federal judgment rate of .36% per annum on that amount from the date of this Judgment until paid; and

- Against **Webb McCann Sowden, III,** individually and severally liable, in the amount of **$12,400,000.00** plus post judgment interest at the current federal judgment rate of .36% per annum on that amount from the date of this Judgment until paid.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Defendants recover nothing by way of their counterclaims against CULS.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that this Judgment is final and there is no just reason to delay appellate review.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that all writs and processes for the execution and collection of this Judgment shall issue.

IT IS SO ORDERED.

**###END OF ORDER###**